# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

CASE NO: 11-10334

Debtor **Bobby G. Mansel**    SS#XXX-XX-**3472**    Current Monthly Income $ **1,668.20**

Jt. Debtor _____    SS#XXX-XX-_____    Current Monthly Income $ _____

Address **8567 Southaven Circle West; Southaven, MS 38671**    No. of Dependents **0**

Telephone No. _____    TAX REFUNDS AND EIC FOR DISTRIBUTION: **0**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. All secured / priority debts are provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to exceed 60 months.

(A)  Debtor shall pay $ **171.50** per (monthly / semi-monthly / **week** / bi-weekly) to the Chapter 13 Trustee.
A payroll deduction order will be issued to Debtor's employer @:
**Reddy Ice**
**2367 Kimbrall Ave.**
**Memphis, TN 38114**

(B)  Joint Debtor shall pay $_____ per (monthly / semi-monthly / weekly /bi-weekly) to the Chapter 13 Trustee.
A payroll deduction order will be issued to Debtor's employer @:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $_____ @$_____ /mo

State Tax Commission $_____ @$_____ /mo    Other $_____ @$_____ /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:** _____

beginning _____ in the amount of $_____ per month shall be paid:

_____ direct _____ through payroll deduction _____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:** _____

in the amount of $_____ shall be paid $_____ per month:

_____ through payroll deduction _____ through the plan.

**HOME MORTGAGE (S) – Payments applied pursuant to 11 U.S.C. §524(i) and per Standing Order**

MTG PMTS TO: **Midland Mrtg. Co.**   BEGINNING **04/11**   @$ **595.09**   (X) PLAN ( ) DIRECT

MTG PMTS TO: _____   BEGINNING _____   @$ _____   ( ) PLAN ( ) DIRECT

MTG PMTS TO: _____   BEGINNING _____   @$ _____   ( ) PLAN ( ) DIRECT

MTG ARREARS TO: **Midland Mrtg. Co.**   THROUGH **03/11**   $ **2,420.00**   @$ **40.33** /MO

MTG ARREARS TO: _____   THROUGH _____   $ _____   @$ _____ /MO

MTG ARREARS TO: _____   THROUGH _____   $ _____   @$ _____ /MO

Debtor's Initials _BGM_    Joint Debtor's Intials _____    CHAPTER 13 PLAN, PAGE 1 OF 2

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | *Value | Int. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |

**\*PAY CONTRACT RATE OR NO MORE THAN 7%.**

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| GMAC Mortgage | Second Mortgage | $14,405.18 | Lien will be stripped via |
| | | | |
| | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**UNSECURED DEBTS** totaling approximately $ 15,750.96 are to be paid _____ IN FULL * PERCENT MINIMUM **Only to Creditors** that file **TIMELY** claims, that are not disallowed, in deferred payments.

*Pay a total of   0.00   or   0.00   per month to unsecured claims.

Total Attorney Fees Charged $       2,800.00      Pay administrative costs and debtor's attorney fees
Attorney Fees Previously Paid $       2.00         pursuant to Court Order and/or local rules.

Attorney fees to be paid through the plan $ 2,798.00

Name/Address/Phone # of Vehicle Insurance Co./Agent      Attorney for Debtor (Name/Address/Phone #/Email)
                                                         **MITCHELL, CUNNINGHAM & FAVA**
                                                         **WILLIAM L. FAVA**
                                                         **P.O. BOX 783**
                                                         **SOUTHAVEN, MS 38671**
Telephone/Fax                                            **Telephone 662-536-1116**

DATE: January 25, 2011          DEBTOR'S SIGNATURE  [signature]

                                JOINT DEBTOR'S SIGNATURE  [signature]

                                ATTORNEY SIGNATURE  [signature]

CHAPTER 13 PLAN CONTINUATION SHEET          CHAPTER 13 PLAN, PAGE 2 OF 2